UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 01-26090 |
| Nanovation Technologies, Inc., | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**TRUSTEE'S REPORT OF UNCLAIMED PROPERTY**

Pursuant to the provisions of 11 United States Code Section 347(a) and Federal Rule of Bankruptcy Procedure 3011, Richard M. Fogel, not individually, but as Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Nanovation Technologies, Inc. (the "Debtor"), hereby submits his Report of Unclaimed Property:

1.  On July 24, 2020, the Trustee disbursed all property of the Estate to the Debtor's creditors in accordance with the Trustee's Amended Distribution Report filed on July 23, 2020.

2.  As set forth in the attached Exhibit A, the Trustee has stopped payment on checks that were issued to creditors and were either returned uncashed by the U.S. Postal Service or are more than ninety days old, in the aggregate amount of $51,884.36.

3.  The Trustee hereby tenders the sum of $51,884.36 to the Clerk of the U.S. Bankruptcy Court.

Respectfully submitted,

Dated: October 29, 2020

/s/ Richard M. Fogel
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-4452

LEGAL\48997705\1

# EXHIBIT A

LEGAL\48997705\1

| Claim Number | Creditor Name and Address | Amount |
|---|---|---|
| 30 | Alan J. Cheskiewicz<br>534 Bobbin Mill Rd.<br>Media, PA 19063 | $4,650.00 |
| 32B | Thomas J. Horgan<br>1828 Elmwood Dr.<br>Highland Park, IL 60035 | $4,650.00 |
| 34 | Michael D. Hasselbeck<br>960 Ransden Run<br>Alpharetta, FL 33131 | $4,650.00 |
| 42 | Stacey Dombar<br>1719 N. Halsted, Unit A<br>Chicago, IL 60614 | $4,264.42 |
| 106 | Victor Murrillo-Oviedo<br>123 Oak Meadows Dr.<br>Bryan, OH 43506 | $4,650.00 |
| 123 | Elhanan Jones<br>10080 Holly Ln.<br>Des Plaines, IL 60016 | $3,846.94 |
| 175 | Leon Lourdes<br>2515 SW 126 Av.<br>Miami, FL 33175 | $1,923.00 |
| 243 | Melanie Ofenloch<br>43536 Six Mile Rd..<br>Northville, MI 48167 | $4,650.00 |
| 261 | Jose L. Jimenez<br>3083 Signature Blvd. #F<br>Ann Arbor, MI 48103 | $4,650.00 |
| 280 | Rodyn Jones<br>c/o Sheldon Lustig, Esq.<br>4711 Golf Rd.<br>Skokie, IL 60076 | $4,650.00 |
| 290 | Kadhair Al-Hemyari<br>7655 Anthony St.<br>Dearborn, MI 48126 | $4,650.00 |
| 320 | Darlene S. Lasalde<br>Jardines Fapot- Street 10 #J-11<br>Ponce, PR 00716<br>Moca, PR 00716 | $4,650.00 |