NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Nanovation Technolgies Inc
1801 Maple Avenue
Evanston, IL 60201
SSN: EIN: 91−1713512

Case No. : 01−26090
Chapter : 7
Judge : Janet S. Baer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : HASSEBROCK, MICHAEL D

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Dilks & Knopik, LLC of your claim in the above matter, designated Claim No. 34 .   If no objections are filed by you on or before November 23, 2020 the Court shall substitute Dilks & Knopik, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: November 3, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court