UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  01-26090 |
| NANOVATION TECHNOLOGIES, INC. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On December 2, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Michael D. Hassebrock, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds;

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,650.00 held in unclaimed funds be made payable to Michael D. Hassebrock and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  December 21, 2020

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600
drhlaw@mindspring.com