NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Nanovation Technolgies Inc
1801 Maple Avenue
Evanston, IL 60201
SSN: EIN: 91−1713512

Case No. : 01−26090
Chapter : 7
Judge : Janet S. Baer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : CHESKIEWICZ, ALLAN J

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Dilks & Knopik, LLC of your claim in the above matter, designated Claim No. 30 . If no objections are filed by you on or before January 12, 2021 the Court shall substitute Dilks & Knopik, LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: December 23, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:   Case No. 01-26090-JSB

Nanovation Technolgies Inc   Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: tcollinsm   Page 1 of 4
Date Rcvd: Dec 23, 2020   Form ID: ntcasclm   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nanovation Technolgies Inc, 1801 Maple Avenue, Evanston, IL 60201-3149 |
| 6739902 | + CHESKIEWICZ, ALLAN J, 534 BOBBIN MILL RD., MEDIA, PA 19063-1530 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

**Name**   **Email Address**

Adam G. Brief
    on behalf of U.S. Trustee Patrick S Layng Adam.Brief@usdoj.gov

Alan Dolinko
    on behalf of Plaintiff Nanovation Technologies Inc adolinko@robinsoncurley.com  nball@robinsoncurley.com

Allen J Guon
    on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson  et al aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com

Amy A Aronson
    on behalf of Creditor Daniel Drummond amyaronson@comcast.net  amyaronson@comcast.net

Andrew M. Hutchison
    on behalf of Defendant Federal Insurance Company ahutchison@cozen.com

| | | |
|---|---|---|
| District/off: 0752-1 | User: tcollinsm | Page 2 of 4 |
| Date Rcvd: Dec 23, 2020 | Form ID: ntcasclm | Total Noticed: 2 |

Ann E Stockman
    on behalf of Debtor 1 Nanovation Technolgies Inc astockman@shawgussis.com

Anne L. Blume
    on behalf of 3rd Pty Defendant Federal Insurance Company ablume@cozen.com aburke@cozen.com

Arthur F Radke
    on behalf of Creditor Robert L Bratter aradke@rsplaw.com

Barry A Chatz
    on behalf of Plaintiff Nanovation Technologies Inc barry.chatz@saul.com jurate.medziak@saul.com

Brad E. Rago
    on behalf of 3rd Party Plaintiff James D Davidson brago@btlaw.com

Brian J Dilks
    brian.dilks@dilksknopik.com

Brian L Shaw
    on behalf of Plaintiff Barry A Chatz bshaw@cozen.com brian-shaw-5749@ecf.pacerpro.com;cknez@cozen.com

Brian M. Dougherty
    on behalf of Creditor Joseph S Carr bmd@gsrnh.com kam@gsrnh.com

Bruce E de'Medici
    on behalf of Defendant Avaya Financial Services bdemedici@gmail.com

Carl T. Bergetz
    on behalf of Creditor BearingPoint Inc. cbergetz@robinsoncurley.com

Charles S Riecke
    on behalf of Defendant Michael D Hasserbrock criecke@seyfarth.com

Daniel J McGarry
    on behalf of Defendant Honeywell Inc
    iana.vladimirova@huschblackwell.com;Jodie.Wood@huschblackwell.com;daniel-mcgarry-5000@ecf.pacerpro.com;Kellyd@dvoinc.com

David Cleary
    on behalf of Debtor 1 Nanovation Technolgies Inc clearyd@gtlaw.com GreenbergC@gtlaw.com;chilitdock@gtlaw.com

David M Madden
    on behalf of 3rd Party Plaintiff Gary Bjorkland dmadden@momlaw.com bkdocket@sfgh.com

David R Herzog
    on behalf of Creditor Dilks & Knopik LLC drhlaw@mindspring.com, herzogschwartz@gmail.com

Dean C Gramlich
    on behalf of Defendant McDermott Will & Emery dgramlich@nealwolflaw.com,
    dwolski@muchshelist.com;sholstrom@muchshelist.com

Deborah M Kennedy
    on behalf of Defendant Matrix Integrated Systems Inc dgutfeld-efile@perkinscoie.com
    docketchi@perkinscoie.com;deborah-kennedy-8069@ecf.pacerpro.com

Diane M. Baron
    on behalf of Creditor National Union Fire Ins Co Of Pittsburgh dbaron@clausen.com

Edward S. Margolis
    on behalf of Creditor Electronic Concepts & Engineering Inc.c emargolis@tellerlevit.com

Elizabeth T. Friedlander
    on behalf of 3rd Party Plaintiff Gary Bjorkland efriedlander@freebornpeters.com

Eric S. Prezant
    on behalf of Plaintiff Lasalle Bank Na eric.prezant@bclplaw.com dortiz@bclplaw.com

George P Apostolides
    on behalf of Defendant DesignShop Display Comm Inc george.apostolides@saul.com keri.ambrose@saul.com

Gordon E. Gouveia
    on behalf of Plaintiff Barry A Chatz ggouveia@foxrothschild.com orafalovsky@foxrothschild.com

Gregory J Jordan
    on behalf of Creditor Robert L Bratter gjordan@jz-llc.com jordan.gregoryr99818@notify.bestcase.com

James P Wognum
    on behalf of Defendant Progressive Technologies Inc jpwognum@ameritech.net

Jean Soh
    on behalf of Creditor Robert L Bratter jsoh@polsinelli.com chicagodocketing@polsinelli.com

John F. Verhey

Case 01-26090   Doc 1056   Filed 12/25/20   Entered 12/25/20 23:16:07   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: tcollinsm | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: ntcasclm | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of 3rd Pty Defendant James D Davidson john.verhey@dlapiper.com chicago-bankruptcy-0273@ecf.pacerpro.com |
| John J. Tharp | |
| | on behalf of Creditor Daniel Dorman jtharp@mayerbrown.com |
| Joy E Roman | |
| | on behalf of Plaintiff Barry Chatz jelevy@arnstein.com ecf@bellroman.com |
| Karen J Porter | |
| | on behalf of Defendant VWR Scientific Products Corporation porterlawnetwork@gmail.com laz0705@comcast.net |
| Kevin C. Driscoll | |
| | on behalf of 3rd Party Plaintiff James D Davidson kevin.driscoll@btlaw.com jriazi@btlaw.com;ddotts@btlaw.com |
| Kimberly E. Rients Blair | |
| | on behalf of 3rd Pty Defendant Twin City Fire Insurance Company kimberly.blair@wilsonelser.com mary.jasinski@wilsonelser.com |
| Kurt M. Carlson | |
| | on behalf of Defendant Semicore Equipment Inc kcarlson@carlsondash.com knoonan@carlsondash.com;bmurzanski@carlsondash.com |
| Lawrence R Drumm | |
| | on behalf of Defendant Semicore Equipment Inc ldrumm@clausen.com |
| Mary F. Stafford | |
| | on behalf of Creditor National Union Fire Ins Co Of Pittsburgh mstafford@clausen.com cbrown@clausen.com;gwebster@lynberg.com;snovosad@clausen.com;gferguson@clausen.com |
| Melissa L. Benzon | |
| | on behalf of 3rd Party Plaintiff Gary Bjorkland mbenzon@freebornpeters.com |
| Michael C. Moody | |
| | on behalf of 3rd Party Plaintiff Joseph Carr mmoody@orourkellp.com firm@orourkeandmoody.com,morourke@orourkeandmoody.com,mmoody@orourkeandmoody.com;dgramlich@orourkellp.com |
| Michael K Desmond | |
| | on behalf of 3rd Party Plaintiff Robert L Bratter mdesmond@fslegal.com kokeefe@fslegal.com |
| Miriam R Stein | |
| | on behalf of Plaintiff Barry A Chatz mstein@gutnicki.com |
| Patrick S Layng | |
| | USTPRegion11.ES.ECF@usdoj.gov |
| Patrick W. Carlson | |
| | on behalf of Defendant Federal Insurance Company pcarlson@bswb.com |
| Peter J Schmidt | |
| | on behalf of Creditor Robert L Bratter pschmidt@polsinelli.com chicagodocketing@polsinelli.com |
| Richard C Perna | |
| | on behalf of Defendant 1890 Maple LLC pgutierrez@frltd.com |
| Richard M. Fogel | |
| | rfogel@cozen.com il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |
| Richard M. Fogel | |
| | on behalf of Trustee Richard M. Fogel rfogel@foxrothschild.com il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |
| Robert M Fishman | |
| | on behalf of Creditor Workplace Systems Inc rfishman@cozen.com, robert-fishman-9859@ecf.pacerpro.com |
| Roxanne M. Michels | |
| | roxanne.michels@bcu.org |
| Shira R Isenberg | |
| | on behalf of 3rd Party Plaintiff Gary Bjorkland sisenberg@freeborn.com bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com |
| Simon A. Fleischmann | |
| | on behalf of Creditor BearingPoint Inc. sfleischmann@lockelord.com, kmorehouse@lockelord.com;chicagodocket@lockelord.com |
| Therese C. King | |
| | on behalf of 3rd Party Plaintiff Daniel Dorman tnohos@rathjewoodward.com nwinters@rathjewoodward.com,jfox@rathjewoodward.com |
| Thomas J. Cunningham | |
| | on behalf of Defendant BearingPoint inc tcunningham@lordbissell.com docket@lordbissell.com |
| Wendy N. Epstein | |
| | on behalf of 3rd Party Plaintiff David Grubb wepstein@kirkland.com fsramek@kirkland.com;sseeger@kirkland.com |

District/off: 0752-1 User: tcollinsm Page 4 of 4
Date Rcvd: Dec 23, 2020 Form ID: ntcasclm Total Noticed: 2
TOTAL: 57